Denise KRAMER

v.

WORKERS' COMPENSATION
APPEAL BOARD (RITE
AID CORPORATION),

Petition of Rite Aid Corporation.

Denise Kramer, Cross–Petitioner

v.

Workers' Compensation Appeal Board
(Rite Aid Corporation),
Respondents.

Supreme Court of Pennsylvania.

April 3, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of April, 2003, the Petition for Allowance of Appeal is hereby granted. The Cross–Petition for Allowance of Appeal is also hereby granted, limited to the following issue:

Whether the defendant's offsetting of compensation benefits by the "severance" pay was a violation of the Pennsylvania and U.S. Constitutions, where the offset violated the equal protection clause?

The Application for Supersedeas is hereby denied.